Case 2:24-cv-00033   Document 55   Filed on 07/09/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 09, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MEGAN SHACKLETT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:24-CV-00033 |
| | § | |
| WALMART, INC., | § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING STIPULATION OF DISMISSAL

The Court, having considered the parties' Stipulation of Dismissal, (D.E. 54), **ORDERS** the above-captioned action be **DISMISSED with prejudice** pursuant to the parties' agreement. Fed. R. Civ. P. 41. All pending Motions are **DENIED** as moot. All court settings are **CANCELED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

ORDERED on July 9, 2025.

_____
Jason B. Libby
United States Magistrate Judge